**Earnest J. GILBERT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60849.**

Missouri Court of Appeals,
Western District.

Oct. 8, 2002.

Susan Lynn Hogan, Assistant Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John Munson Morris, III, Assistant Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Earnest J. Gilbert appeals the judgment of the circuit court dismissing his Rule 24.035 motion as untimely. We affirm. Rule 84.16(b).